IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| VITALIY STRIZHEUS AND NATALIYA STRIZHEUS,<br><br>    Plaintiffs,<br><br>v.<br><br>STACY KOOISTRA as CITY ATTORNEY for the CITY OF SIOUX FALLS; NEIL KING as BUILDING INSPECTION MANAGER for the CITY OF SIOUX FALLS; and THE CITY OF SIOUX FALLS, SOUTH DAKOTA,<br><br>    Defendants. | CASE NO. 23-cv-04028-RAL<br><br>**AFFIDAVIT OF BEN HARVEY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING** |

STATE OF SOUTH DAKOTA )
                       :SS
COUNTY OF LINCOLN      )

I, Ben Harvey, being first duly sworn on oath, deposes and states as follows:

1. I am the owner of Ben Harvey Custom Homes, Inc. I entered into a contract with Mr. Strizheus on December 1, 2021 to complete work on his home at 6800 S. Westfield, Sioux Falls, South Dakota ("the House"). We were approved for 5 permits for the work on December 10, 2021.

2. Since then, we have applied for and were granted 2 permits: (1) June 16, 2022 for a right of way construction equipment to finish the sidewalk; and (2) November 22, 2022 for plumbing to finish the sprinkler system.

3. The City has sent inspectors to the House on multiple occasions and the City has seen the immense progress that has been made to the House, including the hanging of sheetrock for the interior of the House to be painted.

4. At the time the contract was entered into, we believed the completion of the Home would take approximately 2 years. We anticipated the outside of the House would be 100% complete by the end of summer 2022 and would look owner occupied. The interior finishes were anticipated to continue through 2022 and into 2023 until completion.

5. As of today's date, 100% of the exterior work on the House is complete.

6. We anticipate the interior of the House will be complete by December 31, 2023.

7. Since working with me, Mr. Strizheus has invested over $2,300,000 towards completion of the House.

8. That the foregoing is true to the best of my knowledge, information, and belief.

Dated this 17th day of February, 2023.

_____
Ben Harvey

Subscribed and sworn to before me this 17th day of February, 2023.

_____
Notary Public
My commission expires:
September 14, 2028

GABRIELLE C. KLINE
NOTARY PUBLIC
SOUTH DAKOTA
(SEAL)
My Commission Expires _____