IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| VITALIY STRIZHEUS AND NATALIYA STRIZHEUS,<br><br>    Plaintiffs,<br><br>v.<br><br>STACY KOOISTRA as CITY ATTORNEY for the CITY OF SIOUX FALLS; NEIL KING as BUILDING INSPECTION MANAGER for the CITY OF SIOUX FALLS; and THE CITY OF SIOUX FALLS, SOUTH DAKOTA,<br><br>    Defendants. | CASE NO. 23-cv-04028-RAL<br><br>**AFFIDAVIT OF SHELLEY GLASER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING** |

STATE OF SOUTH DAKOTA )
                      :SS
COUNTY OF LINCOLN     )

I, Shelley Glaser, being first duly sworn on oath, deposes and states as follows:

1. I am a Broker Associate with 605 Real Estate in Sioux Falls, South Dakota.

2. I have been a brokers associate since 2007. I have been in the Sioux Falls Market since 2012.

3. I am familiar with the house at 6800 S. Westfield, Sioux Falls, South Dakota ("the House") and am familiar with the neighborhood where it is located.

4. I estimate the sales value of the House to be Two Million Seven Hundred and Fifty Thousand Dollars ($2,750,000.00).

5. That the foregoing is true to the best of my knowledge, information, and belief.

1

Dated this 17th day of February, 2023.

                                                            Shelley Glaser

Subscribed and sworn to before me this 17th day of February, 2023.

GABRIELLE C. KLINE
NOTARY PUBLIC
SEAL   SOUTH DAKOTA   SEAL
My Commission Expires _____

Notary Public
My commission expires:
September 14, 2028

2