UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| VITALIY STRIZHEUS AND NATALIYA STRIZHEUS,<br><br>Plaintiffs,<br><br>v.<br><br>STACY KOOISTRA as CITY ATTORNEY for the CITY OF SIOUX FALLS; NEIL KING as BUILDING INSPECTION MANAGER for the CITY OF SIOUX FALLS; and THE CITY OF SIOUX FALLS, SOUTH DAKOTA,<br><br>Defendants. | 23-cv-04028-RAL<br><br>**AFFIDAVIT OF WILLIAM C. GARRY** |

STATE OF SOUTH DAKOTA)
:ss
COUNTY OF MINNEHAHA)

William C. Garry, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys of record for the above-named Defendants.

2. Attached as Exhibit A is a true and correct copy of the Notice of Intent to Serve Subpoena to Produce Documents, Information or Objects with the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Ryan Sage, Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action to Ryan Sage, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Paul TenHaken and Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action to Paul TenHaken, which was served upon the undersigned via email on February 22, 2023.

_____
William C. Garry

Subscribed and sworn to before me
this 23rd day of February, 2023.

_____
Notary Public – South Dakota
My Commission Expires: 1/28/2027

LYNETTE BRUGGEMAN
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

1