

Exhibit 1 - 001



**Exhibit 1 - 002**